# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS H. HUNZEKER,<br><br>                Plaintiff,<br><br>     v.<br><br>GREG BUTLER, in his official and individual capacities; ANITA PANKO, in her official and individual capacities; and the CITY OF MONTPELIER, an Idaho political subdivision,<br><br>                Defendants. | Case No. 4:12-cv-00421-BLW<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order (Dkt. 24) Judgment is entered in favor of Plaintiff against Defendant Anita Panko and her attorney Blake Hall in the amount of $849.01 plus interest at the rate prescribed under 28 U.S.C. § 1961.

DATED: March 13, 2015

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1